**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>BARRY LICHTENTHAL,<br><br>            Defendant. | Crim. No. 98-765  (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

      This matter having come before the Court on defendant Lichtenthal's motion [D.E. 33] seeking an amended sentence; and

      The Court having been informed that Lichtenthal was released from the custody of the Bureau of Prisons on July 29, 2009; and good cause appearing,

      **IT IS** on this 9th day of December, 2011,

      **ORDERED** that Lichtenthal's motion is **TERMINATED** as moot.


                                                                 /s/ Katharine S. Hayden
                                                         Katharine S. Hayden, U.S.D.J.